FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN 24 AM 11: 30

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

United States of America )
v. )
Lindell Antonio Givens, aka "Head" )   Case No:  CR111-00075-001 and CR111-00076-001
) USM No: 16915-021
Date of Original Judgment: November 17, 2011 ) James Pete Theodocion
Date of Previous Amended Judgment: Not Applicable ) Defendant's Attorney
*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated November 17, 2011, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6/24/2015

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

J. Randal Hall
United States District Judge
*Printed name and title*