# United States District Court
## for the
## Southern District of Georgia
## Augusta Division

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | **Case Number: 1:11CR00075-1** |
| **v.** | ) | **1:11CR00076-1** |
| | ) | |
| **Lindell Antonio Givens, aka "Head"** | ) | |
| | ) | |

## ORDER

On July 14, 2017, the probation officer of this Court filed a petition to show cause why Givens' supervision should be revoked. The petition alleged that Lindell Antonio Givens committed the offenses of violation of a beginner's permit on October 11, 2016, and having an open container of beer in a motor vehicle on April 29, 2017; failed to refrain from any unlawful use of marihuana on October 14, 2016, and June 26, 2017; failed to report to the probation officer as directed on May 15, 2017; failed to participate in a program for drug and alcohol abuse by failing to report for drug testing on six separate occasions; and committed curfew violations on April 29, 2017, and May 5, 2017. An addendum to the original petition was filed on July 24, 2017, further alleging that Givens failed to pay his special assessment and fine in accordance with the schedule of payments established by the Court.

The supervised release revocation hearing was conducted on November 2, 2017. Givens, through his attorney, stipulated to the alleged violations outlined in the petition and addendum. The Court found that Givens had violated his terms and conditions of supervised release as alleged in the petition and addendum; however, the Court decided to continue the matter for six months. In essence, the Court delayed the final resolution of this matter until it is determined if Givens is going to remain drug free, employed, and otherwise successful on supervision.

**Lindell Antonio Givens, aka "Head"**
Case Number: 1:11CR00075-1
      1:11CR00076-1

    The Court directs that Givens be continued at this time on supervised release with the following additional conditions:

1.  You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. You must pay the costs of treatment in an amount to be determined by the probation officer, based on your ability to pay or availability of third-party payment.

2.  You will be monitored by location monitoring technology at the discretion of the probation officer for a period of 3 months, and you must follow the rules and regulations of the location monitoring program. You must pay for the costs of monitoring.

All other conditions of supervision previously imposed by this Court on November 17, 2011, shall remain in full force and effect.

    **SO ORDERED** this _3rd_ day of November, 2017.

            J. RANDAL HALL, CHIEF JUDGE
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA